*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* LEO KRANZER, Respondent.

*Crimes — larceny — when judgment convicting defendant of crime of grand larceny in second degree properly reversed.*

People v. Kranzer, 198 App. Div. 944, affirmed.
(Argued December 5, 1921; decided January 10, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 22, 1921, which reversed a judgment of the Kings County Court, rendered upon a verdict convicting the defendant of the crime of grand larceny in the second degree and dismissed the indictment.

*Harry E. Lewis, District Attorney (Ralph E. Hemstreet* of counsel), for appellant.

*Leonard F. Fish* and *Paul L. Corwin* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.